# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL_ _     IN RE CONCRETE & CEMENT ADDITIVES

## ANTITRUST LITIGATION

## SCHEDULE  OF  ACTIONS

| Number | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:** M&D Peterson, LLC<br><br>**Defendants:** Sika AG, Sika Corporation, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and DOES 1-10. | E.D.P.A. | 2:23-cv-04711-KNS | Kai N. Scott |
| 2. | **Plaintiff:** Lakewood Concrete Corp<br><br>**Defendants:** Sika AG, Sika Corporation, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and DOES 1-10. | E.D.P.A. | 2:23-cv-04797-KNS | Kai N. Scott |
| 3. | **Plaintiff:** Keystone Concrete Block & Supply Co. Inc.<br><br>**Defendants:** Sika AG, Sika Corporation, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and DOES 1-10. | E.D.P.A. | 2:23-cv-04723-KNS | Kai N. Scott |

| 4. | **Plaintiff:** 570 Concrete LLC<br><br>**Defendants:** Sika AG, Sika Corporation, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and DOES 1-10. | E.D.PA. | 2:23-cv-04845-KNS | Kai N. Scott |
| 5. | **Plaintiff:** SMBA Construction, LLC<br><br>**Defendants:** Sika AG, Sika Corporation, Chryso, Inc., GCP Applied Technologies Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, and RPM International Inc. | S.D.N.Y. | 1:23-cv-10875-DEH | Dale E. Ho |