BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CONCRETE & CEMENT ADDITIVES ANTITRUST LITIGATION | MDL DOCKET NO. _____ |

**Amended Proof of Service**

I, Robert N. Kaplan, hereby certify that, on December 19, 2023, I caused copies of the foregoing Motion, Brief, Schedule of Actions, and this Certificate of Service to be served via First Class U.S. Mail on the following:

Clerk of Court
U.S. District Court - Southern District of New York
500 Pearl St, New York, NY 10007

Clerk of Court
U.S. District Court – Eastern District of Pennsylvania
601 Market Street, Philadelphia, PA 19106

Sika Corporation
201 Polito Avenue
Lyndhurst New Jersey 07071

Sika AG
Zugerstrasse 50
CH-6340 Baar (ZG)
Switzerland

Compagnie de Saint-Gobain S.A.
12 place de l'Iris
92096 La Défense Cedex
France

Saint-Gobain North America
20 Moores Rd., Malvern, Pennsylvania, 19355

Chryso, Inc.
1611 Highway 276, Rockwall, TX 75032

GCP Applied Technologies Inc. and GCP Applied Technologies, Inc.
2325 Lakeview Parkway, Suite 400, Alpharetta, GA 30009, USA.

Cinven Ltd.
21 St. James's Square London SW1Y 4JZ

Cinven, Inc.
510 Madison Avenue
New York, NY 10022

Master Builders Solutions Deutschland GmbH
Glücksteinallee 43-45
68163 Mannheim
Germany

Master Builders Solutions Admixtures U.S., LLC and Master Builders Solutions Admixtures US, LLC
23700 Chagrin Blvd., Beachwood , OH 44122-5506

RPM International Inc.
2628 Pearl Road Medina, OH 44256

The Euclid Chemical Company
19215 Redwood Road, Cleveland, OH 44110

I also caused copies of the foregoing Motion, Brief, Schedule of Actions, and this Certificate of Service to be served via First Class U.S. Mail and via email on the following attorneys for plaintiffs:

**Attorneys for Plaintiff  M&D Peterson, LLC:**
Jeannine M. Kenney
HAUSFELD LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeld.com

kberan@hausfeld.com
Nathaniel C. Giddings*
HAUSFELD LLP
888 16th Street, NW

Suite 300
Tel: (202) 540-7200
Fax: (202) 540-7201
ngiddings@hausfeld.com

Scott Martin*
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Michael P. Lehmann*
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
mlehmann@hausfeld.com

Arthur N. Bailey*
Rupp Pfalzgraf LLC
111 W. 2nd Street
Suite 1100
Jamestown, NY 14701
Tel: (716) 664-2967
bailey@rupppfalzgraf.com

**Attorneys for Plaintiff Keystone Concrete Block & Supply Co., Inc.:**

Jeannine M. Kenney
Katie R. Beran
HAUSFELD LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeld.com
kberan@hausfeld.com

Nathaniel C. Giddings
HAUSFELD LLP

888 16th Street, NW
Suite 300
Tel: (202) 540-7200
Fax: (202) 540-7201
ngiddings@hausfeld.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
mlehmann@hausfeld.com

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600 Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

Joseph E. Mariotti
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA 18507
T: 570-342-9999
F: 570-457-1533
jmariotti@caputomariotti.com

**Attorneys for Plaintiff Lakewood Concrete Corp:**

Lee Albert
GLANCY PRONGAY & MURRAY LLP
230 Park Ave., Suite 358
New York, NY 10169

Telephone: (212) 682-5340
lalbert@glancylaw.com

Blaine Finley
Lissa Morgans
Cody McCracken
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
bfinley@cuneolaw.com
lmorgans@cuneolaw.com
cmccracken@cuneolaw.com

Jon A. Tostrud
Anthony Carter
TOSTRUD LAW GROUP, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

**Attorneys for Plaintiff 570 Concrete, LLC:**

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600 Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

Joseph E. Mariotti
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA 18507
T: 570-342-9999
F: 570-457-1533
jmariotti@caputomariotti.com

Mindee J. Reuben
Steven J. Greenfogel
LITE DEPALMA GREENBERG & AFANADOR, LLC

1515 Market Street, Suite 1200 Philadelphia, PA 19102
Tel: (215) 854-4060
Fax: (973) 623-0858
MJR Direct Dial: (215) 704-2524
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

Joseph J. DePalma
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com

Marc H. Edelson
EDELSON LECHTZIN LLP
411 S. State Street
Suite N300
Newtown, PA 18940
(215) 867-2399
medelson@edelson-law.com

Eric L. Cramer
Patrick F. Madden
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875-3000
ecramer@bm.net
pmadden@bm.net
mwallin@bm.net

                Respectfully submitted,

                */s/ Robert N. Kaplan*
                Robert N. Kaplan
                Elana Katcher
                Matthew P. McCahill
                Jason A. Uris
                **KAPLAN FOX & KILSHEIMER LLP**
                800 Third Avenue, 38th Floor
                New York, NY 10022

1515 Market Street, Suite 1200 Philadelphia, PA 19102
Tel: (215) 854-4060
Fax: (973) 623-0858
MJR Direct Dial: (215) 704-2524
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

Joseph J. DePalma
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com

Marc H. Edelson
EDELSON LECHTZIN LLP
411 S. State Street
Suite N300
Newtown, PA 18940
(215) 867-2399
medelson@edelson-law.com

Eric L. Cramer
Patrick F. Madden
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875-3000
ecramer@bm.net
pmadden@bm.net
mwallin@bm.net

Respectfully submitted,

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Elana Katcher
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022

Telephone: (212) 687-1980  
Facsimile: (212) 687-7714  
rkaplan@kaplanfox.com  
ekatcher@kaplanfox.com  
mmccahill@kaplanfox.com  
juris@kaplanfox.com  

*Counsel for Plaintiff-Movant SMBA Construction, LLC*