# Exhibit A

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION | MDL No. 3097 |
|---|---|

## SCHEDULE OF ACTION

| | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | David A. Birdsell, as Trustee of the Estate in Bankruptcy of Agavero Readymix LLC and on behalf of all others similarly situated | Sika AG; Sika Corporation; Chryso, Inc.; GCP Applied Technologies, Inc.; Compagnie de Saint-Gobain S.A.; Saint-Gobain Corporation; Master Builders Solutions Admixtures U.S., LLC; Master Builders Solutions Deutschland GmbH; Cinven Ltd.; Cinven, Inc.; The Euclid Chemical Company; RPM International Inc.; and Does 1-10 | Eastern District of Pennsylvania | 2:24-cv-01726-KNS | Judge Kai Scott |